UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE, LLC,<br><br>　　　　Defendant. | Case No. 4:18-cv-06221-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 59 |

On December 13, 2019, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

The February 25, 2020 case management conference remains on calendar.

IT IS SO ORDERED.

Dated: December 18, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge